**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **MATCH GROUP, LLC** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **Case No. 6:18-cv-00081-RP-JCM** |
| **v.** | § | |
| | § | |
| **TANTAN LTD., (A/K/A TANTAN** | § | **JURY TRIAL DEMANDED** |
| **CULTURE DEVELOPMENT (BEIJING)** | § | |
| **CO., LTD.)** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Match Group, LLC ("Match") hereby stipulates as follows:

1. Match Group, LLC has entered into a binding settlement agreement with Tantan Ltd. concerning this legal action that resolves all matters, controversies, and claims made by and between all the parties in this legal action.

2. Match Group, LLC's claims are dismissed with prejudice.

3. Pursuant to that agreement, each party is to bear its own costs and attorneys' fees with respect to this legal action and the entry of this Stipulation and Order of Dismissal with Prejudice.

4. The Court may enter an Order adopting this Stipulation of Dismissal (With Prejudice) as the Order of the Court.

DATED:  May 14, 2018

Respectfully submitted,

CALDWELL CASSADY & CURRY

/s/ Bradley W. Caldwell
Bradley W. Caldwell
Texas State Bar No. 24040630
Email:  bcaldwell@caldwellcc.com
John F. Summers
Texas State Bar No. 24079417
Email: jsummers@caldwellcc.com
Warren J. McCarty, III
Illinois State Bar No. 6313452
Email: wmccarty@caldwellcc.com
CALDWELL CASSADY CURRY P.C.
2101 Cedar Springs Road, Suite 1000
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849

John P. Palmer
State Bar. 15430600
Email: palmer@namanhowell.com
Naman, Howell, Smith & Lee, PLLC
400 Austin Avenue, 8th Floor
PO Box 1470
Waco, TX 76701
Telephone: (254) 755-4100
Facsimile: (254) 754-6331

**ATTORNEYS FOR PLAINTIFF
MATCH GROUP, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically with the

Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel

registered as Filing Users on this 14th day of May 2018.

/s/ Bradley W. Caldwell
Bradley W. Caldwell