IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| MATCH GROUP, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 6:18-CV-81 |
| TANTAN LTD. (a/k/a TANTAN CULTURE DEVELOPMENT (BEIJING), CO., LTD.), | § § § § | |
| Defendant. | § § | |

## ORDER

Before the Court is Plaintiff's Stipulation of Dismissal with Prejudice, (Dkt. 5), which the Court **ADOPTS**. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, this action is dismissed with prejudice.

**IT IS ORDERED** that all costs shall be taxed to the party incurring the same.

**IT IS FINALLY ORDERED** that this case is **CLOSED**.

**SIGNED** May 16, 2018.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE